| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
HENRY BONERGE-CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-0034 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; AND ORDER THEREON |
| v. ) | |
| ) | Date: March 19, 2007 |
| HENRY BONERGE-CORTEZ, ) | Time: 9:00 a.m. |
| ) | Dept : Hon. Anthony W. Ishii |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing, in the above captioned matter, scheduled for February 26, 2007, may be continued to **March 19, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel for ongoing defense preparation and plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

1  preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2      DATED:  February 22, 2007    McGREGOR W. SCOTT
    United States Attorney

3

4

/s/ Steven M. Crass
5      STEVEN M. CRASS
    Assistant U.S. Attorney
6      Attorney for Plaintiff

7

8
    DATED:  February 22, 2007    DANIEL J. BRODERICK
9      Federal Defender

10

11      /s/ Eric V. Kersten
    ERIC V. KERSTEN
12      Assistant Federal Defender
    Attorney for Defendant

13

14

15      O R D E R

16

17  IT IS SO ORDERED.

**Dated:   February 23, 2007**    **/s/ Anthony W. Ishii**
18  0m8i78    UNITED STATES DISTRICT JUDGE